BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MUGOMOKE, | No. 2:10-cv-2166 FCD DAD |
| Plaintiff, | JOINT STIPULATION ANDORDER RE: EXTENSION OF TIME TO ANSWER COMPLAINT AND FOR FILING OF JOINT SCHEDULING REPORT |
| v. | |
| Eric H. Holder, Jr., Attorney General, et al., | |
| Defendants. | |

This is an immigration case seeking mandamus and declaratory relief with regard to plaintiff's application for adjustment of status. The government requests an additional 14 days to prepare its answer to the complaint and/or file a dispositive pleading. As well, the parties request that the time for submission of the joint scheduling report be extended 14 days as well. Accordingly, the parties stipulate that the time for filing the government's answer and/or dispositive pleading and the joint scheduling report be extended to November 15, 2010.

Dated: October 25, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

-1-

By:    <u>/s/ Khoa Dang Bui</u>
      Khoa Dang Bui
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, it is hereby ordered that the answer/dispositive pleading date and the joint scheduling report are due on November 15, 2010.

IT IS SO ORDERED.

DATED: October 26, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE