BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MUGOMOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>Eric H. Holder, Jr., Attorney General, et al.,<br><br>        Defendants. | No. 2:10-cv-2166 FCD DAD<br><br>STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME TO ANSWER COMPLAINT AND FOR FILING OF JOINT SCHEDULING REPORT |

   This is an immigration case seeking mandamus and declaratory relief with regard to plaintiff's application for adjustment of status. The parties have previously stipulated to one 14-day extension of time, until November 15, 2010. The government now requests an additional 7 days to prepare its answer to the complaint and/or file a dispositive pleading. As well, the parties request that the time for submission of the joint scheduling report be extended 7 days as well. Accordingly, the parties stipulate that the time for filing the government's answer and/or dispositive pleading and the joint scheduling report be extended to November 22, 2010.


Dated: November 10, 2010

                            BENJAMIN B. WAGNER
                            United States Attorney

                    By:     /s/Audrey Hemesath
                            Audrey B. Hemesath
                            Assistant U.S. Attorney
                            Attorneys for the Defendants

-1-

Case 2:10-cv-02166-KJM-DAD   Document 22   Filed 11/12/10   Page 2 of 2

By:   /s/ Khoa Dang Bui
      Khoa Dang Bui
      Attorney for the Plaintiff

## **ORDER**

Pursuant to this Joint Stipulation and for the reasons stated therein, it is hereby ordered that the answer/dispositive pleading date and the joint scheduling report are due on November 22, 2010.

IT IS SO ORDERED.

DATED:  November 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE